IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARUN RATTAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0313 |
| ) | Judge Trauger |
| GENERAL SESSIONS COURT OF DAVIDSON ) | Magistrate Judge Knowles |
| COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On December 4, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 56), ruling upon two Motions to Dismiss filed by the defendants. The Report and Recommendation was accepted by this court as to the Motion to Dismiss filed by the defendant entities (Docket No. 14), and those entities were dismissed with prejudice by this court's Order entered January 17, 2013 (Docket No. 68). In that same Order, for the reasons set out therein, the court granted the plaintiff an extension until February 8, 2013 within which to directly respond to the Motion to Dismiss filed by the individual judge defendants, which had been filed on July 2, 2012 (Docket No. 26). The Order vacated the portion of the Report and Recommendation that recommended granting that second Motion to Dismiss and recommitted a ruling on that Motion to Dismiss to the Magistrate Judge for a revised ruling following the filing of a response by the plaintiff.

On February 1, 2013, the plaintiff filed a Motion for an Extension of Time to respond to the July 2, 2012 Motion to Dismiss (Docket No. 74), and by Order entered February 4, 2013, the court granted the plaintiff an extension until February 18, 2013 within which to respond to the

1

Motion to Dismiss, stating in that Order: "No further extensions will be granted to the plaintiff, and any untimely filing by him will not be considered by the court." (Docket No. 75) Despite that Order, on February 12, 2013, the plaintiff filed another Motion For an Extension of Time (Docket No. 78), which is hereby **DENIED**.

Because the plaintiff, having been given extensions of time with which he has not complied to respond to the Motion to Dismiss filed by the individual judge defendants (Docket No. 26), the portion of the Report and Recommendation that recommended the granting of this Motion to Dismiss (Docket No. 56) is hereby **REINSTATED** and all **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by the individual judge defendants (Docket No. 26) is **GRANTED**, and the claims against the individual judge defendants are **DISMISSED WITH PREJUDICE**.

All matters having been ruled upon and all claims having been dismissed, it is hereby **ORDERED** that this Order shall constitute the judgment in this case, and this file will be **CLOSED** by the Clerk.

It is so **ORDERED.**

Enter this 20th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge